**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re HEXO Corp. Securities Litigation | Case No.: 1:19-cv-10965-NRB<br><br>**CHI FUNG WONG'S MOTION**<br>**FOR RECONSIDERATION**<br><br>**ORAL ARGUMENT REQUESTED**<br><br>Hon. Naomi Reice Buchwald |

TO:     ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that movant Chi Fung Wong ("Wong"), through his undersigned counsel, will and hereby does move this Court pursuant to Local Civil Rule 6.3 and Federal Rule of Civil Procedure 60 on a date and at such time as may be designated by the Court in Courtroom 21A before the Honorable Naomi Reice Buchwald in the Daniel Patrick Moynihan United States Courthouse for the Southern District of New York located at 500 Pearl St., New York, NY 10007-1312 for an order granting reconsideration of the Court's February 25, 2020 Memorandum and Order (ECF No. 78) (the "Order") denying Wong's motion for appointment as Lead Plaintiff (ECF Nos. 37, 42-44) and granting Timothy Sweeney and John B. Medley (the "Sweeney Group")'s motion for appointment as Lead Plaintiff (ECF No. 49-50, 55).

PLEASE TAKE FURTHER NOTICE that this motion is based upon the accompanying memorandum of law and a proposed order granting Wong's motion in its entirety.

DATED: March 10, 2020                 Respectfully Submitted,

**LEVI & KORSINSKY, LLP**

*/s/ Adam M. Apton*
Nicholas I. Porritt
Adam M. Apton
55 Broadway, 10th Floor
New York, NY 10006
Tel.: (212) 363-7500
Fax: (212) 363-7171
Email: nporritt@zlk.com
Email: aapton@zlk.com

*Attorneys for Chi Fung Wong*