**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

IN RE HEXO CORPORATION
SECURITIES LITIGATION

No. 1:19-cv-10965-NRB (DCF)

**DECLARATION OF TODD BATSON IN SUPPORT OF**
**DEFENDANTS' JOINT MOTION TO DISMISS**

I, Todd D. Batson, declare as follows pursuant to 28 U.S.C. § 1746:

1.      I am an attorney at the law firm Norton Rose Fulbright US LLP, counsel for Defendants HEXO Corp. ("HEXO"), Sébastien St-Louis, Michael Monahan, Steve Burwarsh, Adam Miron, Michael Munzar, Jason Ewart, Vincent Chiara, Nathalie Bourque, and Ed Chaplin in the above-captioned matter.

2.      I am familiar with the proceedings in this case.

3.      I make this declaration on behalf of all Defendants based on my personal knowledge of the facts set forth herein and in support of Defendants' Joint Motion to Dismiss.

4.      Attached hereto as **Exhibit 1** is a true and correct copy of Exhibit 99.3 to HEXO's Form 40-F/A, dated March 20, 2020, which amended HEXO Management's Discussion and Analysis for the fiscal year ended July 31, 2019.

5.      Attached hereto as **Exhibit 2** is a true and correct copy of a transcript of HEXO's October 29, 2019 earnings call for the fiscal year ended July 31, 2019.

6.      Attached hereto as **Exhibit 3** is a true and correct copy of HEXO's Form F-10 Registration Statement and Amended and Restated Short Form Base Shelf Prospectus Dated December 14, 2018, dated December 20, 2018.

7.      Attached hereto as **Exhibit 4** is a true and correct copy of HEXO's Preliminary Prospectus Supplement to the Amended and Restated Short Form Base Shelf Prospectus Dated December 14, 2018, and Amended and Restated Short Form Base Shelf Prospectus Dated December 14, 2018, dated January 22, 2019.

8.      Attached hereto as **Exhibit 5** is a true and correct copy of HEXO's Prospectus Supplement to the Amended and Restated Short Form Base Shelf Prospectus Dated December 14, 2018, and Amended and Restated Short Form Base Shelf Prospectus Dated December 14, 2018, dated January 25, 2019.

9.      Attached hereto as **Exhibit 6** is a true and correct copy of HEXO's Annual Information Form for the fiscal year ended July 31, 2018.

10.     Attached hereto as **Exhibit 7** is a true and correct copy of HEXO's Management Discussion & Analysis for the three months ended October 31, 2018, dated December 12, 2018.

11.     Attached hereto as **Exhibit 8** is a true and correct copy of a March 13, 2019 HEXO press release titled "HEXO Corp to acquire Newstrike Brands Ltd."

12.     Attached hereto as **Exhibit 9** is a true and correct copy of a transcript of HEXO's March 14, 2019 earnings call for the quarter ended January 31, 2019.

13.     Attached hereto as **Exhibit 10** is a true and correct copy of a transcript of HEXO's June 13, 2019 earnings call for the quarter ended April 30, 2019.

14.     Attached hereto as **Exhibit 11** is a true and correct copy of a November 15, 2019 HEXO press release titled "HEXO Corp provides additional transparency on licensing."

15.     Attached hereto as **Exhibit 12** is a true and correct copy of HEXO's Notice of Change of Auditor (National Instrument 51-102).

16.    Attached hereto as **Exhibit 13** is a true and correct copy of a January 31, 2020 letter from MNP LLP.

17.    Attached hereto as **Exhibit 14** is a true and correct copy of a January 31, 2020 letter from PricewaterhouseCoopers LLP.

I affirm under penalty of perjury that the foregoing is true and correct.  Executed in Houston, Texas on July 30, 2020.

NORTON ROSE FULBRIGHT US LLP


*/s/ Todd D. Batson*
Todd D. Batson
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
Telephone:  (713) 651-5151
Facsimile:   (713) 651-5246
todd.batson@nortonrosefulbright.com

*Attorneys for HEXO Corp., Sébastien St-Louis,*
*Michael Monahan, Steve Burwarsh, Adam Miron,*
*Michael Munzar, Jason Ewart, Vincent Chiara,*
*Nathalie Bourque, and Ed Chaplin*

3