# EXHIBIT 13

## MNP Review of HEXO Corp. Change of Auditor Notice

### January 31, 2020



Ontario Securities Commission
British Columbia Securities Commission
Alberta Securities Commission
Financial and Consumer Affairs Authority of Saskatchewan
The Manitoba Securities Commission
Autorité des marchés financiers
New Brunswick Financial and Consumer Services Commission
Nova Scotia Securities Commission
Office of the Superintendent of Securities, Prince Edward Island
Securities NL, Government of Newfoundland and Labrador
Office of the Superintendent of Securities, Government of the Northwest Territories
Office of the Superintendent of Securities, Government of Nunavut
Office of the Superintendent of Securities, Government of Yukon

Dear Sir or Madam:

As required by subparagraph (6)(a)(iii) of section 4.11 of National Instrument 51-102, we have reviewed the change of auditor notice of HEXO Corp. dated January 31, 2020  (the "Notice") and, based on our knowledge of such information at this time, we are in agreement with the statement contained in such Notice.


Yours very truly,

*MNP LLP*

Chartered Professional Accountants
Licensed Public Accountants


January 31, 2020


Ottawa, Canada


cc. HEXO Corp.
    PricewaterhouseCoopers LLP