# EXHIBIT 14

## PricewaterhouseCoopers Review of HEXO Corp. Change of Auditor Notice

### January 31, 2020



January 31, 2020


To:     Ontario Securities Commission
        British Columbia Securities Commission
        Alberta Securities Commission
        Financial and Consumer Affairs Authority of Saskatchewan
        The Manitoba Securities Commission
        Autorité des marchés financiers
        New Brunswick Financial and Consumer Services Commission
        Nova Scotia Securities Commission
        Office of the Superintendent of Securities, Government of Prince Edward Island
        Service NL, Financial Services Regulation Division
        Office of the Superintendent of Securities, Government of the Northwest Territories
        Office of the Superintendent of Securities, Government of Nunavut
        Office of the Superintendent of Securities, Government of Yukon

Dear Sirs and Mesdames:

We have read the statements made by HEXO Corp. in the attached copy of change in auditor notice dated January 31, 2020, which we understand will be filed pursuant to Section 4.11 of National Instruments 51-102.

We agree with the statements concerning PricewaterhouseCoopers LLP in the change in auditor notice dated January 31, 2020 and confirm our appointment on January 31, 2020.

Yours truly,

*PricewaterhouseCoopers LLP*

**Chartered Professional Accountants**

*PricewaterhouseCoopers LLP*
*99 Bank Street, Suite 710, Ottawa, Ontario, Canada K1P 1E4*
*T: +1 613 237 3702, F: +1 613 237 3963, www.pwc.com/ca*

"PwC" refers to PricewaterhouseCoopers LLP, an Ontario limited liability partnership.