**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

IN RE HEXO CORPORATION
SECURITIES LITIGATION

No. 1:19-cv-10965-NRB (DCF)

## DECLARATION OF PETER A. STOKES IN SUPPORT OF
## DEFENDANTS' JOINT MOTION TO DISMISS

I, Peter A. Stokes, declare as follows pursuant to 28 U.S.C. § 1746:

1.      I am an attorney at the law firm Norton Rose Fulbright US LLP, counsel for Defendants HEXO Corp. ("HEXO"), Sébastien St-Louis, Michael Monahan, Steve Burwarsh, Adam Miron, Michael Munzar, Jason Ewart, Vincent Chiara, Nathalie Bourque, and Ed Chaplin in the above-captioned matter.

2.      I am familiar with the proceedings in this case.

3.      I make this declaration on behalf of all Defendants based on my personal knowledge of the facts set forth herein and in support of Defendants' Joint Motion to Dismiss. This declaration includes additional exhibits in support of the Joint Motion.

4.      Attached hereto as **Exhibit 15** is a true and correct copy of Exhibit 99.2 to HEXO's Form 6-K, dated March 14, 2019, which contained HEXO Management's Discussion and Analysis for the quarter ended January 31, 2019.

5.      Attached hereto as **Exhibit 16** is a true and correct copy of Exhibit 99.2 to HEXO's Form 6-K, dated June 13, 2019, which contained HEXO Management's Discussion and Analysis for the quarter ended April 30, 2019.

6.      Attached hereto as **Exhibit 17** is a true and correct copy of Exhibit 99.3 to HEXO's Form 40-F, dated October 29, 2019, which contained HEXO Management's Discussion and Analysis for the year ended July 31, 2019.

7.      Attached hereto as **Exhibit 18** is a true and correct copy of Exhibit 99.2 to HEXO's Form 6-K, dated December 16, 2019, which contained HEXO Management's Discussion and Analysis for the quarter ended October 31, 2019.

I affirm under penalty of perjury that the foregoing is true and correct.  Executed in Austin, Texas on July 30, 2020.

NORTON ROSE FULBRIGHT US LLP


/s/ *Peter A. Stokes*
Peter A. Stokes (admitted *pro hac vice*)
98 San Jacinto Blvd, Suite 1100
Austin, Texas  78701
512-474-5201 (telephone)
512-536-4598 (fax)
peter.stokes@nortonrosefulbright.com

*Attorneys for HEXO Corp., Sébastien St-Louis,*
*Michael Monahan, Steve Burwarsh, Adam Miron,*
*Michael Munzar, Jason Ewart, Vincent Chiara,*
*Nathalie Bourque, and Ed Chaplin*