**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X

In re HEXO CORP. SECURITIES LITIGATION

19 **CIVIL** 10965 (NRB)

**JUDGMENT**

-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated March 8, 2021, the Court grants defendants' motion to dismiss in its entirety.

**Dated:**  New York, New York

March 9, 2021

**RUBY J. KRAJICK**
_____
Clerk of Court

**BY:** _____
Deputy Clerk